# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TENESHIA BASKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-00534 ) |
| EMERY SAPP & SONS, INC., | ) Removal from Circuit Court ) of Jackson County, Missouri |
| Defendant. | ) Case No. 2216-CV15504 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Emery Sapp & Sons, Inc., by and through its attorneys, files this Notice of Removal to the United States District Court for the Western District of Missouri, Western Division. Removal is proper based on the following grounds:

## I.  BACKGROUND

1. On or about July 7, 2022, Plaintiff Teneshia Baskett commenced a civil action captioned *Teneshia Baskett v. Emery Sapp & Sons, Inc.*, Case No. 2216-CV15504, in the Circuit Court of Jackson County, Missouri (the "State Court Action"). True and accurate copies of all process, pleadings, and orders in the State Court Action that have been filed to date are attached hereto as **Exhibit A**.

2. Plaintiff's Petition alleges the following causes of action against Defendant: Count I – Missouri Human Rights Act ("MHRA") Retaliation Based on Sex; Count II - MHRA Retaliation Based on Race; Count III - Violation of 42 U.S.C. § 1981; Count IV – Violation of 42 U.S.C. § 1981 – Retaliation; Count V – Title VII Sexual Harassment/Hostile Work Environment; Count VI – Title VII Retaliation Based on Sex; Count VII – Title VII Sex Discrimination; Count

VIII – Title VII Race Harassment/Hostile Work Environment; Count IX – Title VII Retaliation Based on Race; and Count X – Title VII Race Discrimination.

3. On July 20, 2022, Plaintiff served Defendant with a Summons and a copy of the Petition.

## II. TIMELINESS OF REMOVAL

4. In accordance with 28 U.S.C. § 1446(b), Defendant filed this Notice of Removal within thirty (30) days of the date on which the Summons and Petition were served.

5. Defendant has not filed an Answer or other pleading in the State Court Action.

## III. JURISDICTION BASED ON FEDERAL QUESTION

6. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that federal courts have original jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts claims under federal law. In her Petition, Plaintiff claims that Defendant violated Title VII and 42 U.S.C. § 1981. *See* Exhibit B, Petition at ¶¶ 3, 38-95.

8. In addition, this Court has supplemental jurisdiction over Plaintiff's MHRA claims that do not raise a substantial federal question pursuant to 28 U.S.C. § 1367. Plaintiff's state law claims are so related to her federal Title VII and 42 U.S.C. § 1981 claims that they form part of the same case or controversy. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546 (2005) ("once a court has original jurisdiction over some claims in an action, it may exercise supplemental jurisdiction over additional claims arising from the same case or controversy.")

9. Claims are "part of the same case or controversy…. if they "derive from a common nucleus of operative fact.'" *ABF Freight Sys., Inc. v. Int'l Broth. Of Teamsters*, 645 F.3d 954, 963

(8th Cir. 2011) (quoting *Myers v. Richland Cnty*, 429 F.3d 740, 746 (8th Cir. 2005)). Claims "derive from a common nucleus of operative fact if the 'claims are such that [the plaintiff] would ordinarily be expected to try them all in one judicial proceedings.'" *Id.* (quoting *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966)).

## IV. VENUE

10. Removal to this court is proper pursuant to 28 U.S.C. § 1441(a) because this Court is the federal district court embracing the Circuit Court of Jackson County, Missouri, where the State Court Action was filed. Removal to the Western Division of this Court is proper pursuant to Local Rule 3.2.

11. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff including but not limited to Plaintiff's failure to state any claims upon which relief may be granted.

12. A copy of this Notice of Removal and exhibits hereto have been served upon Plaintiff, and, together with a Notice of Filing of Removal, will be filed with the Clerk of the Circuit Court of Jackson County, Missouri.

WHEREFORE, Defendant prays that further proceedings in the Circuit Court of Jackson County, Missouri, be discontinued and that said Case Number 2216-CV15504, now pending in the Circuit Court of Jackson County, Missouri, be removed to the United States District Court for the Western District of Missouri, Western Division, and that such Court assume full jurisdiction of this action as provided by law.

DATED: August 17, 2022

Respectfully submitted,

LATHROP GPM LLP

*/s/ Jill Waldman*
David R. Frye (MO Bar #45071)
Jill Waldman (MO Bar #51568)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
david.frye@lathropgpm.com
jill.waldman@lathropgpm.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, a true and correct copy of the above and foregoing NOTICE OF REMOVAL was served via electronic mail on the following counsel of record:

Randall W. Brown
Stephen C. Thornberry
Thornberry Brown, LLC
4550 Main Street, Suite 205
Kansas City, Missouri 64111
Randy@ThornberryBrown.com
Steve@ThornberryBrown.com

ATTORNEYS FOR PLAINTIFF

*/s/ Jill Waldman*
An Attorney for Defendant